the Disciplinary Board dated February 15, 2005, are approved and IT IS ORDERED that MARC DAVID ANTIS, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of March, 2005, the order of the Commonwealth Court is **AFFIRMED.** Appellees' Application to Strike Portions of the Reply Brief for Appellants is denied.

■

**Robert C. JUBELIRER, Senator and President Pro Tempore of the Senate of the Commonwealth of Pennsylvania, and John M. Perzel, Representative and Speaker of the House of Representatives of the Commonwealth of Pennsylvania, Appellants,**

v.

**PENNSYLVANIA DEPARTMENT OF STATE, Pedro A. Cortes, Secretary of the Commonwealth and Monna Accurti, Commissioner of the Bureau of Commissions, Legislation and Elections, Appellees.**

Supreme Court of Pennsylvania.

March 29, 2005.

■

**James CROOP, Petitioner,**

v.

**UGI CORPORATION, Respondent,**

James Croop

v.

UGI Corporation

v.

**Alex and Mary Brezinski**

**Petition of Estate of James Croop, by and through Marilou C. Kaye, Surviving Executrix.**

Supreme Court of Pennsylvania.

March 29, 2005.